FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
*tbrackey@freundandbrackey.com*
Joshua G. Zetlin (SBN 273086)
*jzetlin*@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Petitioner,
MARTIN KHODABAKHSHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KHODABAKHSHIAN, an individual,<br><br>Petitioner,<br><br>v.<br><br>FILMWORKS ENTERTAINMENT, INC., a California corporation; and DOES 1 through 25,<br><br>Respondent. | Case No.<br><br>[PROPOSED] ORDER RE MOTION FOR ORDER CONFIRMING ARBITRATION AWARD<br><br>Date:<br>Time:<br>Place:<br>Judge: |

The Court having read and considered Petitioner MARTIN KHODABAKHSHIAN's Motion For Order Confirming Arbitration Award, the evidence submitted in support thereof, and the opposition thereof, if any, IT IS HEREBY ORDERED AS FOLLOWS:

1. Petitioner MARTIN KHODABAKHSHIAN's Motion For Order Confirming Arbitration Award is **GRANTED**; and
2. The Stipulated Award of dated August 25, 2015 is **CONFIRMED** and based thereupon Petitioner MARTIN KHODABAKHSHIAN is awarded Eighty Nine Thousand One Hundred Nineteen Dollars and Fifty-Five Cents ($89,119.55).

IT IS FURTHER ORDERED:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

DATED:

______________________________

Honorable ____________________
U.S. Federal District Court Judge



Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90210