LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-06345-BRO (Ex) | Date | October 6, 2016 |
|---|---|---|---|
| Title | MARTIN KHODABAKHSHIAN V. FILMWORKS ENTERTAINMENT, INC. ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Petitioners: | | Attorneys Present for Respondents: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER RE FAILURE TO OPPOSE
## PETITIONER'S MOTION TO CONFIRM ARBITRATION AWARD [1]

Pending before the Court is Martin Khodabakhshian's ("Petitioner") Motion to Confirm Arbitration Award against Filmworks Entertainment, Inc. ("Respondent"). (Dkt. No. 1 ("Motion").) Petitioner filed its Motion on August 24, 2016, initially noticing a hearing date of September 26, 2016. (*Id.*) The Court vacated that hearing date on its own, because Petitioner had not yet filed a Proof of Service. (Dkt. No. 6.) After Petitioner filed a Proof of Service on September 12, 2016, (Dkt. No. 9), the Court scheduled the Motion to be heard on October 24, 2016, (Dkt. No. 10). Under this Court's Local Rules, a party must oppose a motion (or file a notice of non-opposition) at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Respondent's Opposition was due no later than October 3, 2016. *See id.* As of today's date, Respondent has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Respondent is **ORDERED TO SHOW CAUSE** as to why Respondent failed to timely oppose Petitioner's Motion to Confirm Arbitration Award and why the Court should not grant Petitioner's Motion. **Petitioner is hereby instructed to personally serve Respondent with this Order no later than Tuesday, October 11, 2016.** Both (1) Respondents' Response to this Order and (2) Respondents' Opposition to the Motion to Confirm Arbitration Award shall be filed by **no later than Friday,**

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 16-06345-BRO (Ex)** | Date | October 6, 2016 |
|---|---|---|---|
| Title | **MARTIN KHODABAKHSHIAN V. FILMWORKS ENTERTAINMENT, INC. ET AL.** | | |

**October 14, 2016, at 4:00 p.m.**  Petitioner shall file its Reply, if any, **no later than Wednesday, October 19, 2016, at 4:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Respondent's failure to timely oppose Petitioner's Motion.  Respondent's failure to respond to this Order or to file an Opposition by the given deadline may result in the granting of Petitioner's Motion.

**IT IS SO ORDERED.**                                                                                                        :

                                                                                           Initials of Preparer             rf