UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KHODABAKHSHIAN, an individual,<br><br>          Petitioner,<br><br>     v.<br><br>FILMWORKS ENTERTAINMENT, INC., a California corporation; and DOES 1 through 25,<br><br>          Respondent. | Case No. CV 16-06345-BRO (Ex)<br><br>**JUDGMENT** |

The regularly noticed Motion For Order Confirming Arbitration Award And For Entry Of Judgment In Conformity Therewith ("Motion") of Petitioner Martin Khodabakhshian ("Khodabakhshian") came before the Court.

Having considered the unopposed pleadings and arguments submitted by Khodabakhshian in connection with this Motion and having granted the Motion on October 20, 2016 [Dkt No. 14]:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in this case in favor of Khodabakhshian as follows:

1. The Arbitration Award in favor of Khodabakhshian and against FILMWORKS ENTERTAINMENT, INC., American Arbitration Association Case No. 01-15-0002- 4527, dated August 25, 2015, is confirmed in all respects.

2. FILMWORKS ENTERTAINMENT, INC. is ordered to pay the sum of Eighty-Nine Thousand, One Hundred Nineteen Dollars and Fifty-Five Cents ($89,119.55) to Khodabakhshian.

**IT IS HEREBY ORDERED**

Dated: October 26, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1