# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KHODABAKHSHIAN, | ) NO. CV 16-6345-PA(Ex) |
| Petitioner, | ) |
| v. | ) CERTIFICATION AND ORDER |
| FILMWORKS ENTERTAINMENT, INC., et al., | ) TO SHOW CAUSE RE CONTEMPT |
| Respondents. | ) |

IT IS ORDERED that Filmworks Entertainment, Inc. ("Filmworks") shall appear on November 20, 2017, at 10:30 a.m., in the Courtroom of the Honorable Percy Anderson, United States District Judge, Courtroom 9A of the United States Courthouse at 350 W. First Street, Los Angeles, California 90012, and then and there shall show cause, if there be any, why Filmworks should not be adjudged in contempt by reason of the facts certified herein.

///

///

///

///

In accordance with 28 U.S.C. section 636(e), the Magistrate Judge certifies the following facts:[1]

1.   On October 26, 2017, this Court entered Judgment against Filmworks and in favor of Petitioner.

2.   On June 6, 2017, Petitioner filed an "Application for Appearance and Examination of Judgment Debtor," seeking an order that Filmworks appear before the Magistrate Judge for a judgment debtor examination.

3.   On June 21, 2017, the Magistrate Judge issued an "Order to Appear for Examination Re: Enforcement of Judgment," requiring that Filmworks appear before the Magistrate Judge on July 14, 2017, at 9:30 a.m in Courtroom 750 for a judgment debtor examination.

4.   Filmworks did not appear in Courtroom 750 on July 14, 2017, and the Magistrate Judge then continued the judgment debtor examination of Filmworks to August 18, 2017, at 9:30 a.m. in Courtroom 750.   See Minute Order, filed July 14, 2017 ("the

---

[1]   The question of whether Filmworks should be held in contempt on these certified facts, and the question of the appropriate sanctions to be imposed, if any, are commended to the District Judge for his consideration.  See 28 U.S.C. § 636(e); see also Bingman v. Ward, 100 F.3d 653, 658 (9th Cir. 1996), cert. denied, 520 U.S. 1188 (1997); Taberer v. Armstrong World Industries, Inc., 954 F.2d 888, 903-908 (3rd Cir. 1992).  The limited contempt powers granted to Magistrate Judges in the "Federal Courts Improvement Act of 2000" do not extend to the circumstances presented in the instant case.  See 28 U.S.C. § 636(e).

Minute Order").

5.    Petitioner has submitted a "Proof of Service" purportedly reflecting an August 8, 2017 personal service of, <u>inter alia</u>, the "Order to Appear for Examination, etc." and the Minute Order on Heidi Meier "agent for service of process" for Filmworks. This proof of service is ordered filed.

6.    On August 18, 2017, at 9:30 a.m. in Courtroom 750 counsel for Petitioner appeared, but there was no appearance on behalf of Filmworks at that time and place.

7.    On October 12, 2017, Petitioner filed a "[Proposed] Certification of Facts, etc."  Because Petitioner's "[Proposed] Certification of Facts, etc." includes matters as to which the Magistrate Judge lacks personal knowledge and cannot properly take judicial notice, the Magistrate Judge has declined to adopt Petitioner's "[Proposed] Certification of Facts, etc."  Instead, the Magistrate Judge now issues the present certification.

        DATED: October 13, 2017.


                        _____/s/_____
                              CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE